# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00458-CR

---

**Ex parte Everett James Smith**

---

**FROM THE 264TH DISTRICT COURT OF BELL COUNTY,
NO. 25DCR91537, THE HONORABLE PAUL LEPAK, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Everett James Smith seeks appellate review of his pretrial writ of habeas corpus filed in his criminal case. *See* Tex. Code Crim. Proc. Art. 11.08; Tex. R. App. Proc. 31. The trial court has certified that Smith's criminal case "is pending, and the court has made no rulings." The record reflects that the trial court has not yet ruled on Smith's pretrial habeas corpus application. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 31.3. To the extent Smith is attempting to file an original pretrial habeas corpus petition arising from his criminal case, it is also dismissed for lack of jurisdiction. *See Ex parte Bhardwaj*, 575 S.W.3d 915 (Tex. App.—Waco 2019, no pet.); *cf.* Tex. Gov't Code § 22.221(d) (providing that court of appeals have original jurisdiction to issue writs of habeas corpus in certain civil cases).

_____

Chief Justice Darlene Byrne

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed: July 10, 2025

Do Not Publish